**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 3/2/2016

Case: <u>Hutchinson v. Strategic Security Corp. et al</u>

Civ. A. 14 CV 6587 (ENV)(VMS)
<u>ECF Recording in 504N:</u>   ☐ Telephone Conference   ☒ In-person Conference

2:45 - 3:10

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*

☒ (In person) Counsel for Plaintiff(s)   ☐ Pro Se Plaintiff(s)   ☒ (Telephone) Counsel for Defendant(s)   ☐ Pro Se Defendant(s)

<u>Conference Type:</u>

☐ Initial Conference   ☐ Status Conference   ☒ Settlement Conference   ☒ Motion Hearing   ☐ Discovery Conference   ☐ JPTO Conference   ☐ Other _____

<u>**Further to the conference, discovery and other scheduling dates are as follows:**</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed
  ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference   Date: _____   Time: _____
  ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated   ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference   Date: _____   Time: _____

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Hutchinson v Strategy Security    Civ. A. 14- 6587

Date: 3/2/2016

**Additional Orders:**

For the reasons stated on the record, the Court finds the settlement to be fair and reasonable as to P & P's attorney; and as to P & Ds. In particular, the mutual release provision provides all parties with finality. The payment represents a more than full recovery of all reasonably claimed unpaid overtime and the 1/3 payment to counsel is reasonable in light of the work performed, counsel's hourly rate, the recovery and the agreed upon fee arrangement. P was present and agreed to the settlement and the fee arrangement.

Page 2 of 2